

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### OFFICE OF THE CLERK

# RUSHVILLE
## SCANNING COVER SHEET

**Notice – Please read and carefully follow these instructions.**

1. Each pleading must have this cover sheet on top.
2. Each pleading must be legible. Typed, double-spaced pleadings are preferred.
3. All pages must be numbered.
4. Each pleading must be scanned separately as one complete document. A pleading may not be scanned page by page. If the pleading is more than 25 pages, then the pleading must be scanned and submitted in multiple emails with a maximum size of 25 pages. The subject line of each email should specify the range of pages included within. (For example, a 40 page pleading would be broken into 2 emails, the first with a subject line "Email 1 of 2 – Pages 1-25" and the second with a subject line of "Email 2 of 2 – Pages 26-40".)
5. Discovery requests and responses are not filed with the Court unless they are part of a motion to compel. Discovery requests and responses shall not be electronically filed per Local Rule 26.3. However, a Certificate of Service may be scanned stating you have served your discovery documents on the other parties in the case.
6. Only lines and boxes included on this form should be filled out. Do not provide any other information regarding your pleading on this Scanning Cover Sheet.

**Please complete the following (Print):**

Date: 4-15-20

Name: Hughes v Mitchell Law-shea / Hughes v Scott

Case Number: 15-3114-SEM   15-3157-SEM

☐ (Check here if this is a new case)

**Type of Pleading (Check only one):**

☐ Motion / Petition
☐ Response / Reply
☒ Other (Specify) update

Title of Pleading: Update from Plaintiff, Michael Hughes
(For Example, "Motion to Compel" or "Response to Summary Judgment")

Number of Pages for this Pleading (Not Including Scanning Cover Sheet): 1

11-15-20

TO: Her Honor, SUE E. Myerscough, Judge CD.
From: Michael Hughes & Ronnie Lee Brazzell, plaintiffs   17019 County farm rd Rushville, IL. 62186
RE: 3:15-CV-3114 SEM / 3:15-CV-03151-SEM.

Your Honor,

First, I hope in this dangerous time, this update finds you and yours safe and healthy.

* Settlement Agreement reached (in court) 7-15-19
* States Settlement Release received Oct. 4th 2019
* Insurance Companies release received Oct 30th 2019
* Dir Plivra came to see us and have everyone sign one Release copy. Nov. 6th, 2019
* As of today only Michael Hughes has received anything, and that was a $750.00 check from the state of Illinois for their portion of the Hughes v Scott settlement. Rec'd 3-31-20

Plaintiffs fully understand the courts purpose and courtesy in granting the state of Illinois some grace time, what with all of their issues. But the plaintiffs wonder if that charity, was intended by the court to include the for profit Insurance Companies that are responsible for half of the settlement? Are they too strapped for cash and having payment system challenges, too? We find it Ironic that the very people you were assisting with your extention, were the ones who got out the first check. We'll keep you up to date.

Thank you and stay well.
Respectfully,
Michael Hughes & Ronnie Brazzell